■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS HOGGARD, Appellant.—Appeal by defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County, imposed July 26, 1974. Resentence affirmed. No opinion. Defendant's appeal from a sentence of the same court, imposed July 22, 1974, is dismissed. That sentence was superseded by the resentence. Margett, Acting P. J., Damiani, Rabin, Shapiro and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT LOBDELL, Appellant.—Judgment of the Supreme Court, Queens County, rendered July 30, 1975, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, Acting P. J., Margett, Damiani, Titone and Hawkins, JJ., concur.